DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD CRESPO,**
Appellant,

v.

**ALDRIDGE PITE, LLP,**
Appellee.

No. 4D21-2052

[May 26, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. 19-26114 COCE.

Edward Crespo, Hollywood, pro se.

Matthew Ciccio of Aldridge Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***